UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RILEY SIMPSON,** § | |
| **NOAH ALAN HENDERSON,** § | |
| **JACOB CHAPMAN, and** § | |
| **SUZANNE SEED,** § | |
| and all others similarly situated, § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:21-cv-00207-B** |
| § | |
| **ROBINHOOD FINANCIAL LLC,** § | |
| **ROBINHOOD SECURITIES, LLC,** § | |
| **ROBINHOOD MARKETS, INC.,** § | |
| **TD AMERITRADE HOLDING** § | |
| **CORPORATION, CHARLES** § | |
| **SCHWAB CORPORATION,** § | |
| **CITADEL LLC, and** § | |
| **MELVIN CAPITAL** § | |
| **MANAGEMENT, LP,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW,** Riley Simpson, Noah Alan Henderson, Jacob Chapman, and Suzanne Seed (collectively referred to as the "Plaintiffs") and file this Notice of Voluntary Dismissal, and would respectfully show unto the Court as follows:

**I.**

1. Plaintiffs initiated this lawsuit on Friday, January 29, 2021.

2. None of the named Defendants have been served with summons.

3. None of the Defendants have appeared, filed an answer, or filed a motion for summary judgment.

4. Plaintiffs file this Notice of Voluntary Dismissal with the intention of dismissing this case under Fed. R. Civ. P. 41(a)(1)A)(i) without prejudice to refiling.

**WHEREFORE, PREMISES CONSIDERED,** Riley Simpson, Noah Alan Henderson, Jacob Chapman, and Suzanne Seed respectfully request that the Court enter an order dismissing this case without prejudice; and, for such other and further relief that Plaintiffs may be justly entitled.

Respectfully submitted, this 2nd day of February 2021.

*/s/ Ryan K. Lurich*
Lawrence J. Friedman
lfriedman@fflawoffice.com
Texas Bar No. 07469300
Ryan K. Lurich
rlurich@fflawoffice.com
Texas Bar No. 24013070
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 7554
(972) 788-1400 (phone)
(972) 788-2667 (facsimile)

*/s/ Bruce W. Steckler*
Bruce W. Steckler
Bruce@swclaw.com
Texas Bar No. 00785039
Paul D. Stickney
judgestickney@swclaw.com
Texas Bar No. 00789924
Austin Smith
austin@swclaw.com
Texas Bar No. 24102506
Steckler Wayne Cochran, PLLC
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
(972) 387-4040 (phone)
(972) 387-4041 (facsimile)

*/s/ W. Carter Boisvert*
W. Carter Boisvert
carterboisvert@cblawaustin.com
Texas Bar No. 24045519
Carter Boisvert Law Group, P.C.
12600 Hill Country Boulevard, Suite R-275
Bee Cave, Texas 78738
(512) 538-5788 (phone)
(512) 329-2604 (facsimile)

Michael L. Gaubert
michael@gaubertlawgroup.com
Texas Bar No. 00785903
Gaubert Law Group, P.C.
100 Crescent Court
7th Floor
Dallas, Texas 75201
(214) 593-6440 (phone)
(972) 441-2960 (facsimile)

#933700